**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., | ) |
| Plaintiffs, | ) 2:07-CV-00331-PMP-PAL )  |
| vs. | ) **ORDER** ) |
| PULSE ENGINEERING, INC., and TECHNITROL, INC., | ) ) ) |
| Defendants. | ) ) ) |

The Court having read and considered Defendants Pulse Engineering, Inc. And Technitrol, Inc.'s Objection to the Magistrate Judge's October 14, 2010 Order, or in the Alternative, Motion to Exclude (Doc. #223) filed October 28, 2010, Plaintiff Halo's Response in Opposition to Defendants' Objections (Doc. #229-#230), Defendants Pulse Engineering, Inc., and Technitrol, Inc.'s Reply Brief (Doc. #231) filed November 15, 2010, and Plaintiff's Motion to Strike Defendants' Reply Memorandum (Doc. #235) filed November 23, 2010, and finding that Magistrate Judge Leen's Order (Doc. #221) entered October 14, 2010 is neither clearly erroneous nor contrary to law, and good cause appearing,

**IT IS THEREFORE ORDERED** that Defendants' Objection to the

Magistrate Judge's October 14, 2010 Order, or in the Alternative, Motion to Exclude (Doc. #223) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (Doc. #235) is DENIED.

DATED: December 6, 2010.

PHILIP M. PRO
United States District Judge