David E. Sipiora, *Pro Hac Vice*
Kristopher L. Reed, *Pro Hac Vice*
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Kelly Evans, Nevada Bar No. 7691
Swen Prior, Nevada Bar No. 9324
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorneys for Defendants Pulse Engineering, Inc. and Technitrol, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PULSE ENGINEERING, INC., and TECHNITROL, INC.,<br><br>Defendants. | 2:07-cv-00331-PMP (PAL)<br><br>**NOTICE AND (PROPOSED) ORDER REGARDING NAME CHANGE OF DEFENDANTS PULSE ENGINEERING, INC. AND TECHNITROL, INC.** |

Defendant Pulse Engineering, Inc. ("Pulse") officially has changed its name to Pulse Electronics, Inc. (*see* Exhibit 1).  Defendant Technitrol, Inc. ("Technitrol") officially has changed its name to Pulse Electronics Corporation (*see* Exhibit 2).  Therefore, Defendants Pulse and Technitrol respectfully request that the Court amend the case caption and other necessary Court records to reflect these changes.

1 | Dated: April 18, 2011

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Kristopher L. Reed*
David E. Sipiora, *Pro Hac Vice*
Kristopher L. Reed, *Pro Hac Vice*
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Defendants Pulse Engineering, Inc. and Technitrol, Inc.

IT IS SO ORDERED:

Dated: _ April 19, 2011.

_____
The Honorable Philip M. Pro
United States District Judge

**CERTIFICATE OF SERVICE**

    I certify that on April 18, 2011, I caused a true and correct copy of **NOTICE AND (PROPOSED) ORDER REGARDING NAME CHANGE OF DEFENDANTS PULSE ENGINEERING, INC. AND TECHNITROL, INC.** to be served electronically via the Court's CM/ECF system on the following:

William R. Woodford
Michael J. Kane
John C. Adkisson
Fish & Richardson P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402
woodford@fr.com
kane@fr.com
adkisson@fr.com

Juanita R. Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Lori N. Brown
Harmon & Davies, P.C.
1428 S. Jones Boulevard
Las Vegas, NV 89146
lbrown@h-dlaw.com
Attorneys for Plaintiff Halo Electronics, Inc.

Kelly A. Evans
Paul Swenson Prior
Snell & Wilmer LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
kevans@swlaw.com
sprior@swlaw.com
Attorneys for Defendants Pulse Engineering, Inc.
and Technitrol, Inc.

                                        /s/  Kristopher L. Reed