UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>  Plaintiff,<br><br> v.<br><br> PULSE ENGINEERING, INC. and<br> TECHNITROL, INC.,<br><br>  Defendants. | 2:07-CV-00331-PMP-PAL<br><br><br> O R D E R |

IT IS ORDERED that the parties shall file a proposed joint pre-trial order on or before November 29, 2011.

DATED: September 6, 2011

_____
PHILIP M. PRO
United States District Judge