UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORP., <br><br> Defendants. | 2:07-cv-00331-PMP (PAL) <br><br> **JOINT MOTION TO EXTEND THE DEADLINE TO FILE THE PROPOSED PRE-TRIAL ORDER AND [PROPOSED] ORDER** |

The parties, Halo Electronics, Inc., Pulse Electronics, Inc., and Pulse Electronics Corp., jointly move for a short extension to the deadline for submitting the pre-trial order currently set by the Court.

The current deadline for the parties to submit the proposed pre-trial order is November 29, 2011. (Doc. No. 301.) The parties jointly request that the Court extend that deadline to December 23, 2011. There are multiple reasons the parties seek an extension. First, Magistrate Judge Leen has permitted the parties to file supplemental expert reports on November 17, 2011 and December 1, 2011 to address various legal and factual developments since the initial reports were exchanged in Fall 2010. (Doc. No. 303.) These supplemental reports may impact the issues of law and fact included in the proposed Pre-Trial Order, as well as the parties' exhibit lists, which must also be included in the Pre-Trial Order. It would thus be efficient to reset the deadline for the Pre-Trial Order to a date that is a reasonable time after the last supplemental expert reports are due. Second, the proposed extension will not impact either side's availability for trial or the agreed upon trial dates submitted to the Court in the pre-trial order.

Therefore, the parties respectfully submit that there is good cause to grant this motion and extend the deadline for filing the proposed Pre-Trial Order to December 23, 2011.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: **November 17, 2011** | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By: /s/ Kristopher L. Reed |
| | | David E. Sipiora, *Pro Hac Vice* |
| 5 | | Kristopher L. Reed, *Pro Hac Vice* |
| | | 1400 Wewatta Street, Suite 600 |
| 6 | | Denver, CO 80202 |
| 7 | | Telephone: (303) 571-4000 |
| | | Facsimile: (303) 571-4321 |
| 8 | | |
| | | Attorneys for Defendants Pulse |
| 9 | | Engineering, Inc. and Technitrol, Inc. |
| 10 | | |
| 11 | Dated: **November 17, 2011** | FISH & RICHARDSON P.C. |
| 12 | | |
| 13 | | By: /s/ Michael J. Kane |
| | | John C. Adkisson (adkisson@fr.com) |
| 14 | | Michael J. Kane (kane@fr.com) |
| | | William R. Woodford (woodford@fr.com) |
| 15 | | 3200 RBC Plaza |
| 16 | | 60 South Sixth Street |
| | | Minneapolis, MN 55402 |
| 17 | | Telephone: (612) 335-5070 |
| | | Facsimile: (612) 288-9696 |
| 18 | | |
| | | Attorneys for Plaintiff |
| 19 | | Halo Electronics, Inc. |
| 20 | | |
| 21 | | |
| 22 | IT IS SO ORDERED: | |
| 23 | | |
| 24 | | *[signature]* |
| | Dated: _November 17, 2011 | |
| 25 | | The Honorable Philip M. Pro |
| | | United States District Judge |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I certify that on **November 17, 2011**, I caused a true and correct copy of **JOINT MOTION TO EXTEND THE DEADLINE TO FILE THE PROPOSED PRE-TRIAL ORDER AND [PROPOSED] ORDER** to be served electronically via the Court's CM/ECF system on the following:

> William R. Woodford
> Michael J. Kane
> John C. Adkisson
> Fish & Richardson P.C.
> 60 South Sixth Street
> Suite 3300
> Minneapolis, MN 55402
> woodford@fr.com
> kane@fr.com
> adkisson@fr.com
>
> Juanita R. Brooks
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA 92130
> brooks@fr.com
>
> Kelly A. Evans
> Paul Swenson Prior
> Snell & Wilmer LLP
> 3883 Howard Hughes Parkway
> Suite 1100
> Las Vegas, NV 89169
> kevans@swlaw.com
> sprior@swlaw.com
> Attorneys for Defendants Pulse Engineering, Inc.
> and Technitrol, Inc.

/s/ Susan Stenen
Susan Stenen