UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

HALO ELECTRONICS, INC., )
)
)
      Plaintiff(s), )
)
      vs )    Case # 2:07-CV-331-PMP-PAL
)
PULSE ENGINEERING, INC., et al., )
)
)    ORDER REFERRING CASE FOR
      Defendant(s). )    SETTLEMENT CONFERENCE
)

      This case is currently stacked on the calendar on **Tuesday, July 24, 2012,** for a Jury Trial.

      **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

      DATED this 28th day of December, 2011.

                                        _____
                                        PHILIP M. PRO, U.S. DISTRICT JUDGE