UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC.; PULSE ENGINEERING, INC.; and TECHNITROL, INC., <br><br> Defendants. | 2:07-CV-00331-PMP-PAL <br><br> <u>ORDER</u> |

IT IS ORDERED that the following motions are hereby GRANTED:

• Defendants' Motion for Leave to File Under Seal (Doc. #337)

• Defendants' Motion for Leave to File Under Seal (Doc. #340)

• Defendants' Motion for Leave to File Under Seal (Doc. #343)

• Defendants' Motion for Leave to File Under Seal (Doc. #346)

• Defendants' Motion for Leave to File Under Seal (Doc. #349).

DATED:  July 13, 2012

_____
PHILIP M. PRO
United States District Judge