# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., <br> Plaintiff, <br> vs. <br> PULSE ENGINEERING, INC., *et al.*, <br> Defendants. | 2:07-CV-00331-PMP-PAL <br><br> **ORDER** |

Having read and considered Defendant's fully briefed Motion *in Limine* No. 3 to Preclude Plaintiff From Using Unverified Testimony and Unauthenticated Documents From a Different Litigation at Trial (Doc. #352), and the arguments of counsel presented at the hearing conducted October 1, 2012, and finding that the Exhibits in question are potentially appropriate for use as impeachment evidence in the event Mr. Luk or Mr. Imburgia testify in person, or via video deposition, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion *In Limine* No. 3 (Doc. #352) is **DENIED** without prejudice to Defendant to reassert their objections at such time as Plaintiff offers the materials in question.

DATED: October 26, 2012.

_____
PHILIP M. PRO
United States District Judge