# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PULSE ENGINEERING, INC., and ) <br> TECHNITROL, INC., ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | 2:07-CV-00331-PMP-PAL <br><br> **ORDER** |

     Before the Court for consideration is the Stipulation and [Proposed] Order (Dkt. #396) filed October 30, 2012, by the Parties to this action. The Stipulation in question addresses a variety of matters relating to exchange of demonstrative or trial exhibits, and the use of deposition testimony at trial. The Court welcomes the efforts of counsel to address such issues amicably, but wants to ensure that any objections to the demonstrative exhibits or trial exhibits or deposition testimony which remain can be timely addressed by the Court in a manner which will not delay the progress of the trial each day before the jury. As a result, the Court will defer approval of the tendered Stipulation pending the Pretrial Hearing currently scheduled for Monday morning, November 5, 2012, at 9:00 a.m.

     **IT IS SO ORDERED.**

     **IT IS FURTHER ORDERED** that counsel for the Parties shall bring to the Pretrial Hearing scheduled for November 5, 2012, all demonstrative exhibits

they propose to use in opening statements so that the Court will have the opportunity to address respective objections prior to the commencement of trial on Tuesday, November 6, 2012, at which time the Parties will be expected to present their opening statements.

DATED: October 31, 2012.

_____
PHILIP M. PRO
United States District Judge