UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Halo Electronics, Inc. v. Bel Fuse Inc. et al

　　　　　　　Plaintiff,

vs.

Michael F. Luce, et al.

　　　　　　　Defendant.

District No.   2:07-cv-00331-PMP -PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On October 17th, 2012 this court received a transcript order form dated October 5th, 2012 requesting a Transcript of the Jury Trial Day 1 to be held on November 6th, 2012 from Mr. William Woodford, Counsel for the Plaintiff Halo Electronics, in which **the Voir Dire portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 6th day of November, 2012.

_____
Philip M. Pro
United States Judge