UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Halo Electronics, Inc. v. Bel Fuse Inc. et al<br>　　　　　　Plaintiff,<br><br>vs.<br><br>Michael F. Luce, et al.<br><br>　　　　　　Defendant. | District No.　2:07-cv-00331-PMP -PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On October 23rd, 2012 this court received a transcript order form dated October 23rd, 2012 requesting a Transcript of the Jury Trial Day 1 to be held on November 6th, 2012 from David E. Sipiora of Kilpatrick Townsend and Stockton LLP, Counsel for the Defendant Pulse Electronics Inc., in which **the Voir Dire portion of the hearing is sealed.**

IT IS THE ORDER OF THE COURT that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defense Counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

IT IS FURTHER ORDERED that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 6 day of November, 2012.

Philip M. Pro
United States Judge