1  David E. Sipiora, *Pro Hac Vice*
   Kristopher L. Reed, *Pro Hac Vice*
2  Matthew C. Holohan, *Pro Hac Vice*
   KILPATRICK TOWNSEND & STOCKTON LLP
3  1400 Wewatta Street, Suite 600
   Denver, Colorado 80202
4  Telephone: (303) 571-4000

5  Kelly Evans, Nevada Bar No. 7691
   Swen Prior, Nevada Bar No. 9324
6  SNELL & WILMER LLP
   3883 Howard Hughes Parkway, Suite 1100
7  Las Vegas, Nevada 89169
   Telephone: (702) 784-5200
8  Facsimile: (702) 784-5252

9  Attorneys for Defendants Pulse Electronics,
   Inc. and Pulse Electronics Corp.

10

11                **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
12

13  HALO ELECTRONICS, INC.,                  2:07-CV-00331-PMP-PAL

14         Plaintiff,

15     v.                                     **UNOPPOSED REQUEST FOR**
                                              **EXTENSION OF TIME TO FILE**
16  PULSE ELECTRONICS, INC., and             **RESPONSE TO HALO'S MOTION**
    PULSE ELECTRONICS CORP.,                 **FOR PERMANENT INJUNCTION**
17                                            **(First Request)**
           Defendants.
18

19

20         Defendants Pulse Electronics, Inc. and Pulse Electronics Corp. (collectively, "Pulse")

21  respectively request an extension of time to respond to Halo's Motion for Permanent Injunction

22  (Docket No. 505) ("Halo's Motion").  Halo's Motion is complex, numbering well over 20 pages in

23  length.  Halo also has submitted multiple declarations in support of its Motion, including

24  declarations from both fact and expert witnesses.

25         In addition, Halo's Motion was filed after 5 pm PST on December 21, 2012 – the Friday

26  night before the Christmas holiday.  Furthermore, the response window allowed under LR 7-2(b)

27  also encompasses the New Year holiday.  These holidays have negatively impacted Pulse's ability

28  to marshal the factual, expert, and legal resources required to respond fully to Halo's Motion.

1   Therefore, in order to allow Pulse adequate time to respond fully to Halo's Motion,

2   including obtaining responsive factual and expert declarations as necessary, Pulse respectively

3   requests that the Court extend the deadline for Pulse's response to Halo's Motion to January 18,

4   2013.[1]

5   Per correspondence received from Halo's counsel, Halo does not oppose this request.[2]

6

7   Dated:  January 2, 2013

8                                                    Respectfully submitted,

9                                                    KILPATRICK TOWNSEND & STOCKTON LLP

10

11                                                   _/s/ Kristopher L. Reed_____
                                                     David E. Sipiora, *Pro Hac Vice*
12                                                   Kristopher L. Reed, *Pro Hac Vice*
                                                     Matthew C. Holohan, *Pro Hac Vice*
13                                                   1400 Wewatta Street, Suite 600
                                                     Denver, Colorado 80202
14                                                   Telephone: (303) 571-4000
                                                     Facsimile: (303) 571-4321
15
                                                     Attorneys for Defendants Pulse Electronics,
16                                                   Inc. and Pulse Electronics Corp.

17

18   IT IS SO ORDERED:

19
     Dated: __ January 2, 2013.
20                                                   _____
                                                     The Honorable Philip M. Pro
21                                                   United States District Judge

22

23

24

25

26   [1] The current response deadline listed on the Court's CM/ECF notice is January 7, 2013.

27   [2] Halo's counsel indicated on December 28, 2012, that it consents to this request; however, due to technical
     issues that rendered the Court's CM/ECF system unavailable for filing this type of request from December
28   29 through January 1, 2012, Pulse was unable to file the present request until January 2, 2013.

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 2, 2013, I caused a true and correct copy of **UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO HALO'S MOTION FOR PERMANENT INJUNCTION (First Request)** to be served electronically through the Clerk of Court's Electronic Case Filing System and ECF will send an email notice of the electronic filing to the following:

Thomas M. Melsheimer
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
melsheimer@fr.com

William R. Woodford
Michael J. Kane
John C. Adkisson
Fish & Richardson P.C.
60 South Sixth Street
Suite 3300
Minneapolis, MN 55402
woodford@fr.com
kane@fr.com
adkisson@fr.com

Juanita R. Brooks
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
brooks@fr.com

Lori N. Brown
Harmon & Davies, P.C.
1428 S. Jones Boulevard
Las Vegas, NV 89146
lbrown@h-dlaw.com

Attorneys for Plaintiff  Halo Electronics, Inc.

Kelly A. Evans
Paul Swenson Prior
Snell & Wilmer LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
kevans@swlaw.com
sprior@swlaw.com

Attorneys for Pulse Electronics, Inc. and Pulse Electronics Corp.

_/s/ Kristopher L. Reed_____

64641070v1

3