1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

HALO ELECTRONICS, INC.,           )
                                                    )
                    Plaintiff,                    )
                                                    )
vs.                                                 )
                                                    )
PULSE ELECTRONICS, INC., *et al.*,  )
                                                    )
                                                    )
                    Defendants.               )
                                                    )
_____  )

2:07-CV-00331-PMP-PAL

**ORDER**

14   On November 14, 2012, after Plaintiff Halo Electronics had completed

15   presentation of its case in chief before the jury, Defendant Pulse Electronics, Inc.

16   filed Defendants' Motion for Judgment as a Matter of Law of Non-Infringement, No

17   Induced Infringement, and No Willfulness (Docs. #444 and #445).  Pulse

18   Supplemented its Motion (Doc. #455) on November 18, 2012.  On November 19,

19   2012, Plaintiff Halo filed a written Opposition to Defendants' Motion for Judgment

20   as a Matter of Law Under Rule 50(a) (Doc. #458).

21   On November 20, 2012, Plaintiff Halo Electronics, Inc. also filed a Motion

22   for Judgment as a Matter of Law Under Rule 50(a) and Rule 52(c) (Doc. #461).

23   Defendant Pulse filed a Response to Plaintiff Halo's Motion (Doc. #499) on

24   December 4, 2012.

25   On November 26, 2012, the jury returned verdicts in favor of Plaintiff

26   Halo and against Defendant Pulse on most of the infringement claims asserted, and

1   also found Defendant Pulse's infringement to be willful and awarded monetary

2   damages.

3          The Court finds the evidence adduced at trial clearly supports the verdicts

4   returned by the jury and therefore concludes that Defendant Pulse's Motions for

5   Judgment as a Matter of Law (Doc. #444, #445, #455), must be denied.

6          **IT IS SO ORDERED**.

7          **IT IS FURTHER ORDERED** that Plaintiff Halo's Counter Motion for

8   Judgment as a Matter of Law (Doc. #461) is DENIED as moot in view of the

9   verdicts of the jury.

10  DATED: March 11, 2013.

11

12  _____

13  PHILIP M. PRO
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26