UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORPORATION, <br><br> Defendants. | 2:07-cv-00331-PMP-PAL <br><br> **JUDGMENT** |

The Court having on this date entered its Findings of Fact and Conclusions of Law on the legal and equitable claims and defenses remaining after trial, and finding Defendants Pulse Electronics, Inc. and Pulse Electronics Corporation have directly infringed and induced the infringement of the asserted patent claims, and consistent with the jury's verdict,

**IT IS ORDERED** that Judgment is hereby entered in favor of Plaintiff Halo Electronics, Inc. and against Defendants Pulse Electronics, Inc. and Pulse Electronics Corporation in the amount of $1,500,000.00.

DATED:  May 28, 2013

_____
PHILIP M. PRO
United States District Judge