UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORPORATION, <br><br> Defendants. | 2:07-cv-00331-PMP-PAL <br><br> **PERMANENT INJUNCTION** |

Having considered the arguments and evidence submitted by both parties, and having found that (1) Plaintiff Halo Electronics, Inc. will suffer irreparable harm if an injunction is not entered; (2) Plaintiff has no adequate remedy at law for Defendants' continued patent infringement; (3) the balance of hardships between Plaintiff and Defendants tips in favor of Plaintiff in entering an injunction; (4) the public interest will not be disserved by entry of the injunction, the Court hereby enters the following injunction, consistent with Federal Rule of Civil Procedure 65:

Definitions

1. "Pulse" means Pulse Electronics, Inc., Pulse Electronics Corp., any of their subsidiaries or affiliates, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with any or all of them who receive actual notice of this Permanent Injunction.

2. "Infringing Product" means one or more of the products listed in Appendix A to this Permanent Injunction or any product not more than colorably different from one of the products listed in Appendix A to this Permanent Injunction.

<u>Prohibited Acts</u>

3. Pulse is prohibited from making, using, offering to sell, or selling any Infringing Product within the United States or importing into the United States any Infringing Product.

4. Pulse is prohibited from actively inducing infringement of Halo Electronics Inc.'s patents by assisting others in making, using, importing, selling or offering to sell in the United States any Infringing Product.

5. Pulse is prohibited from seeking a new or renewed United States specific UL-certification for any Infringing Product.

6. Pulse is required to include a copy of this Permanent Injunction with any Infringing Product that it delivers outside of the United States.

The above terms of this injunction shall remain in effect until August 10, 2015, after which this injunction will be dissolved without further order of the Court.

DATED: June 17, 2013

_____
PHILIP M. PRO
United States District Judge

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS

### REPRESENTATIVE PART: H0022

| | | |
|---|---|---|
| H0005 | H0041RLT | H0082 |
| H0005T | H0041T | H0082NL |
| H0006 | H0042 | H0082NLT |
| H0006T | H0042NL | H0082T |
| H0013.01 | H0042NLT | H5019 |
| H0013.01T | H0042RL | H5019H |
| H0020 | H0042RLT | H5019HM |
| H0020NL | H0042T | H5019HMNL |
| H0020NLT | H0042T.PK3000 | H5019HMNLT |
| H0020T | H0042T.PK3000NL | H5019HMT |
| H0022 | H0042T.PK3000NLT | H5019HNL |
| H0022B | H0042T.PK3000T | H5019HNLT |
| H0022BNL | H0055 | H5019HT |
| H0022BNLT | H0055A | H5019M |
| H0022BT | H0055AT | H5019MT |
| H0022NL | H0055NL | H5019NL |
| H0022NLT | H0055NLT | H5019NLT |
| H0022T | H0055T | H5019T |
| H0023 | H0056 | H5055 |
| H0023NL | H0056NL | H5055NL |
| H0023NLT | H0056NLT | H5055NLT |
| H0023RL | H0056RL | H5055RL |
| H0023RLT | H0056RLT | H5055RLT |
| H0023T | H0056T | H5055T |
| H0029 | H0062 | H5069 |
| H0029L | H0062RL | H5069T |
| H0029LT | H0062RLT | H5074 |
| H0029T | H0062T | H5074T |
| H0037 | H0064 | H5091 |
| H0037NL | H0064NL | H5091NL |
| H0037NLT | H0064NLT | H5091NLT |
| H0037RL | H0064T | H5091T |
| H0037RLT | H0067 | H5108NL |
| H0037T | H0067T | H5108NLT |
| H0041 | H0069 | QUADPAK SMD |
| H0041NL | H0069T | QUADPAK SMDT |
| H0041NLT | H0072 | |
| H0041RL | H0072T | |

1

*Halo Electronics, Inc. v. Pulse Electronics, Inc., et al.,* Case No: 2:07-cv-00331-PMP (PAL) (D. Nevada)

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

### REPRESENTATIVE PART: H0009

| | | |
|---|---|---|
| H0008 | H0009NLS | H0010 |
| H0008T | H0009NLST | H0010T |
| H0009 | H0009NLT | H0011 |
| H0009.01NL | H0009RL | H0011.90 |
| H0009.01NLT | H0009RLT | H0011.90T |
| H0009.02 | H0009T | H0011NL |
| H0009.02NL | H0009T.01 | H0011NLT |
| H0009.02NLT | H0009T.01NL | H0011T |
| H0009.02T | H0009T.01NLT | H0014 |
| H0009.90 | H0009T.01T | H0014T |
| H0009.90NL | H0009T.02 | H0018 |
| H0009.90NLT | H0009T.02NL | H0018NL |
| H0009.90T | H0009T.02NLT | H0018NLT |
| H0009NL | H0009T.02T | H0018T |

### REPRESENTATIVE PART: H1260

| | | |
|---|---|---|
| 23Z108SMNL | E2032NLT | EX2033 |
| 23Z108SMNLT | E2035NL | EX2033NL |
| 23Z114SMNL | E2035NLT | EX2033NLT |
| 23Z114SMNL-T | E2081NL | EX2033T |
| 23Z356SMQNL | E2081NLT | H0034 |
| 23Z356SMQNLT | E2082NL | H0034NL |
| 23Z435SMNL | E2082NLT | H0034NLT |
| 23Z435SMNLT | E2452NL | H0034T |
| 23Z467SMNL | E2452NLT | H0135NL |
| 23Z467SMNLS | E2453NL | H0135NLT |
| 23Z467SMNLST | E2453NLT | H1015NL |
| 23Z467SMNLT | E2454NL | H1015NLT |
| 23Z90SMNL | E2454NLT | H1015QNL |
| 23Z90SMNLT | E2457NL | H1015QNLT |
| 23Z91SMNL | E2457NLT | H1081QNL |
| 23Z91SMNL-T | E2458NL | H1081QNLT |
| B8124 | E2458NLT | H1100 |
| B8124T | E2466NL | H1100NL |
| E2023 | E2466NLS | H1100NLT |
| E2023.01 | E2466NLST | H1100T |
| E2023.01T | E2466NLT | H1101 |
| E2023NL | E2467NL | H1101NL |
| E2023NLT | E2467NLT | H1101NLT |
| E2023T | EX2024 | H1101T |
| E2031NL | EX2024NL | H1102 |
| E2031NLT | EX2024NLT | H1102HL |
| E2032NL | EX2024T | H1102HLT |

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| H1102NL | H1199NLT | H1260NL |
| H1102NLS | H1199T | H1260NLS |
| H1102NLST | H1202 | H1260NLST |
| H1102NLT | H1202T | H1260NLT |
| H1102RL | H1205 | H1260RL |
| H1102RLT | H1205NL | H1260RLT |
| H1102T | H1205NLT | H1260T |
| H1120 | H1205T | H1261 |
| H1120T | H1209 | H1261NL |
| H1121 | H1209NL | H1261NLT |
| H1121NL | H1209NLT | H1261T |
| H1121NLS | H1209T | H1265 |
| H1121NLST | H1235 | H1265NL |
| H1121NLT | H1235NL | H1265NLT |
| H1121T | H1235NLT | H1265T |
| H1122 | H1235T | H1266 |
| H1122T | H1238 | H1266T |
| H1137 | H1238NL | H1275 |
| H1137T | H1238NLT | H1275NL |
| H1138 | H1238T | H1275NLT |
| H1138NL | H1245 | H1275T |
| H1138NLT | H1245NL | H1276 |
| H1138T | H1245NLT | H1276T |
| H1141 | H1245T | H1278 |
| H1141NL | H1249 | H1278NL |
| H1141NLT | H1249NL | H1278NLT |
| H1141T | H1249NLT | H1278T |
| H1146 | H1249T | H1279 |
| H1146NL | H1251 | H1279T |
| H1146NLT | H1251NL | H1281 |
| H1146T | H1251NLT | H1281NL |
| H1173 | H1251T | H1281NLT |
| H1173T | H1253 | H1281T |
| H1183 | H1253T | H1285 |
| H1183NL | H1255 | H1285NL |
| H1183NLS | H1255T | H1285NLT |
| H1183NLST | H1259 | H1285T |
| H1183NLT | H1259NL | H1286 |
| H1183T | H1259NLT | H1286NL |
| H1197 | H1259T | H1286NLT |
| H1197NL | H1260 | H1286T |
| H1197NLT | H1260A | H1287 |
| H1197T | H1260ANL | H1287T |
| H1199 | H1260ANLT | H1290 |
| H1199NL | H1260AT | H1290T |

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| H1292 | H2019NLST | H5010NLT |
| H1292T | H2019NLT | H5010T |
| H1300 | H2019T | H5012 |
| H1300NL | H2041 | H5012NL |
| H1300NLT | H2041NL | H5012NLS |
| H1300T | H2041NLT | H5012NLST |
| H1302 | H2041T | H5012NLT |
| H1302NL | H2054 | H5012S |
| H1302NLT | H2054T | H5012SNL |
| H1302T | H2055 | H5012SNLT |
| H1303 | H2055NL | H5012ST |
| H1303T | H2055NLT | H5012T |
| H1308 | H2055T | H5014 |
| H1308T | H2059NL | H5014NL |
| H1313 | H2059NLT | H5014NLT |
| H1313NL | H2060NL | H5014T |
| H1313NLT | H2060NLT | H5015 |
| H1313T | H2073NL | H5015BNL |
| H1315 | H2073NLT | H5015BNLT |
| H1315T | H2260 | H5015CNL |
| H1316 | H2260NL | H5015CNLT |
| H1316T | H2260NLT | H5015NL |
| H1321NL | H2260T | H5015NLT |
| H1321NLT | H2309 | H5015T |
| H1338 | H2309NL | H5020 |
| H1338NL | H2309NLT | H5020NL |
| H1338NLT | H2309T | H5020NLS |
| H1338T | H5007CNL | H5020NLST |
| H1343 | H5007CNLT | H5020NLT |
| H1343NL | H5007ENL | H5020T |
| H1343NLT | H5007ENLT | H5025NL |
| H1343T | H5008 | H5025NLT |
| H1364NL | H5008NL | H5028 |
| H1364NLT | H5008NLT | H5028T |
| H1395NL | H5008P | H5043 |
| H1395NLT | H5008PNL | H5043E |
| H2019 | H5008PNLT | H5043ET |
| H2019A | H5008PT | H5043NL |
| H2019ANL | H5008T | H5043NLT |
| H2019ANLT | H5009 | H5043T |
| H2019AT | H5009NL | H5050NL |
| H2019BNL | H5009NLT | H5050NLT |
| H2019BNLT | H5009T | H5051NL |
| H2019NL | H5010 | H5051NLT |
| H2019NLS | H5010NL | H5053 |

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| H5053T | H5135NL | HX1188NLST |
| H5054 | H5135NLT | HX1188NLT |
| H5054NL | H5140NL | HX1188T |
| H5054NLT | H5140NLT | HX1198 |
| H5054T | H5143ANL | HX1198NL |
| H5062 | H5143ANLT | HX1198NLS |
| H5062NL | H5143NL | HX1198NLST |
| H5062NLT | H5143NLT | HX1198NLT |
| H5062T | H5178HL | HX1198T |
| H5064 | H5178HLT | HX1241 |
| H5064NL | H5178NL | HX1241T |
| H5064NLS | H5178NLT | HX1252 |
| H5064NLST | H6062 | HX1252T |
| H5064NLT | H6062NL | HX1259 |
| H5064T | H6062NLS | HX1259NL |
| H5067 | H6062NLST | HX1259NLT |
| H5067NL | H6062NLT | HX1259T |
| H5067NLT | H6062T | HX1260 |
| H5067T | H6072NL | HX1260NL |
| H5072 | H6072NLT | HX1260NLT |
| H5072T | H6080 | HX1260T |
| H5084 | H6080NL | HX1294 |
| H5084NL | H6080NLS | HX1294NL |
| H5084NLS | H6080NLST | HX1294NLT |
| H5084NLST | H6080NLT | HX1294T |
| H5084NLT | H6080T | HX1300NL |
| H5084T | H6084NL | HX1300NLT |
| H5089 | H6084NLT | HX1302 |
| H5089NL | H6096NL | HX1302NL |
| H5089NLT | H6096NLT | HX1302NLT |
| H5089T | H6101NL | HX1302T |
| H5100NL | H6101NLT | HX1323NL |
| H5100NLT | H6103NL | HX1323NLT |
| H5107NL | H6103NLT | HX1324NL |
| H5107NLT | HM1198 | HX1324NLT |
| H5109NL | HM1198T | HX1393NL |
| H5109NLT | HX0060 | HX1393NLT |
| H5111NL | HX0060NL | HX2019 |
| H5111NLT | HX0060NLT | HX2019NL |
| H5115NL | HX0060T | HX2019NLT |
| H5115NLT | HX1141NL | HX2019T |
| H5118NL | HX1141NLT | HX2045 |
| H5118NLT | HX1188 | HX2045T |
| H5127 | HX1188NL | HX2088NL |
| H5127T | HX1188NLS | HX2088NLT |

5

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| HX2260 | HX5118NLT | ST6114QNL |
| HX2260NL | HX6002NL | ST6114QNLT |
| HX2260NLT | HX6002NLT | ST6118QNL |
| HX2260T | HX6015NL | ST6118QNLT |
| HX5009 | HX6015NLS | ST6160QNL |
| HX5009NL | HX6015NLST | ST6160QNLT |
| HX5009NLT | HX6015NLT | ST6167QNL |
| HX5009T | HX6017NL | ST6167QNLT |
| HX5012 | HX6017NLT | ST7010QNL |
| HX5012NL | HX6062 | ST7010QNLT |
| HX5012NLS | HX6062NL | ST7011QNL |
| HX5012NLST | HX6062NLT | ST7011QNLT |
| HX5012NLT | HX6062T | ST7032QNL |
| HX5012T | HX6080 | ST7032QNLT |
| HX5014 | HX6080NL | ST7033QNL |
| HX5014NL | HX6080NLT | ST7033QNLT |
| HX5014NLT | HX6080T | T1096QNL |
| HX5014T | HX6083NL | T1096QNLT |
| HX5018 | HX6083NLT | T1144QNL |
| HX5018NL | HX6095NL | T1144QNLT |
| HX5018NLT | HX6095NLT | T1233QNL |
| HX5018T | HX6096NL | T1233QNLT |
| HX5020 | HX6096NLS | T1235 |
| HX5020NL | HX6096NLST | T1235NL |
| HX5020NLS | HX6096NLT | T1235NLT |
| HX5020NLST | HX6510NL | T1235T |
| HX5020NLT | HX6510NLT | T1339QNL |
| HX5020T | JM-18506 | T1339QNLT |
| HX5049 | JM-18506T | T1347QNL |
| HX5049NL | ML102 | T1347QNLT |
| HX5049NLT | ML102T | T1539QNL |
| HX5049T | PE-68515QNL | T1539QNLT |
| HX5062 | PE-68515QNLT | T1589NL |
| HX5062NL | PE-68517QNL | T1589NLT |
| HX5062NLT | PE-68517QNLT | T8008QNL |
| HX5062T | ST4152NL | T8008QNLT |
| HX5084NL | ST4152NLT | TX1089QNL |
| HX5084NLT | ST4152QNL | TX1089QNLT |
| HX5092 | ST4152QNLT | TX1267QNL |
| HX5092T | ST4202TNL | TX1267QNLT |
| HX5103NL | ST4202TNL-R | TX1456 |
| HX5103NLT | ST4202TNL-RT | TX1456NL |
| HX5104NL | ST4202TNLT | TX1456NLT |
| HX5104NLT | ST4242QNL | TX1456T |
| HX5118NL | ST4242QNLT | TX1516QNL |

6

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| TX1516QNLT | TX1535QNL | HX1323NLST |
| TX1520NL | TX1535QNLT | HX5009NLS |
| TX1520NLT | TX1542NL | HX5009NLST |
| TX3125NL | TX1542NLT | HX5019BNL |
| TX3125NLT | TX1544NL | HX5019BNLT |
| TX7016 | TX1544NLT | HX6014NL |
| TX7016T | H1664NL | HX6014NLT |
| T1064QNL | H1664NLT | T1136QNL |
| T1064QNLT | H5019BNL | T1136QNLT |
| T1065QNL | H5019BNLT | T1146QNL |
| T1065QNLT | H5038NL | T1146QNLT |
| T1073QNL | H5038NLT | C2267NL |
| T1073QNLT | H6080ANL | C2267NLT |
| T1712QNL | H6080ANLT | C2268NL |
| T1712QNLT | HX1225NL | C2268NLT |
| TX1261MNL | HX1225NLT | |
| TX1261MNLT | HX1323NLS | |

### REPRESENTATIVE PART: 23Z110SMNL

| | | |
|---|---|---|
| 23Z110SMNL | PA2401NL | PE-65848NL |
| 23Z110SMNL-T | PA2401NLT | PE-65848NLT |
| B2013.90NL | PE-65558MNL | PE-8271QNL |
| B2013.90NLT | PE-65558MNLT | PE-8271QNLT |
| B2013NL | PE-65812NL | PA2932NL |
| B2013NLT | PE-65812NL-900 | PA2932NLT |
| H1190NL | PE-65812NL-900T | |
| H1190NLT | PE-65812NLT | |

### REPRESENTATIVE PART: H1305

| | | |
|---|---|---|
| H1170NL | H2009ANL | H2053A |
| H1170NLT | H2009ANLT | H2053ANL |
| H1271 | H2009NL | H2053ANLT |
| H1271T | H2009NLT | H2053AT |
| H1272 | H2009RL | H2053BNL |
| H1272T | H2009RLT | H2053BNLT |
| H1305 | H2009T | H2075NL |
| H1305NL | H2039 | H2075NLT |
| H1305NLT | H2039ANL | H2305 |
| H1305T | H2039ANLT | H2305NL |
| H2005B | H2039NL | H2305NLT |
| H2005BT | H2039NLT | H2305T |
| H2009 | H2039T | H2310NL |

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
## LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| H2310NLT | H7011NL | HX5008T |
| H2312NL | H7011NLT | HX5030NL |
| H2312NLT | H7012NL | HX5030NLT |
| H2318ANL | H7012NLT | HX5132 |
| H2318ANLT | H7018NL | HX5132NL |
| H2318NL | H7018NLT | HX5132NLT |
| H2318NLT | H7019NL | HX5132T |
| H5047 | H7019NLT | HX1291NL |
| H5047T | HX1294NLS | HX1291NLT |
| H7001 | HX1294NLST | H2354NL |
| H7001NL | HX1305 | H2354NLT |
| H7001NLT | HX1305NL | H7028NL |
| H7001T | HX1305NLT | H7028NLT |
| H7007 | HX1305T | H7029NL |
| H7007NL | HX2305 | H7029NLT |
| H7007NLT | HX2305NL | H7030NL |
| H7007T | HX2305NLT | H7030NLT |
| H7008 | HX2305T | H7037NL |
| H7008NL | HX5008 | H7037NLT |
| H7008NLT | HX5008NL | H7136NL |
| H7008T | HX5008NLS | H7136NLT |
| H7009NL | HX5008NLST | H7137NL |
| H7009NLT | HX5008NLT | H7137NLT |

### REPRESENTATIVE PART: H1174

| | | |
|---|---|---|
| H1174 | H1195NLT | H1256 |
| H1174NL | H1195RL | H1256T |
| H1174NLS | H1195RLT | H1270 |
| H1174NLST | H1195T | H1270NL |
| H1174NLT | H1244 | H1270NLS |
| H1174T | H1244NL | H1270NLST |
| H1195 | H1244NLT | H1270NLT |
| H1195NL | H1244T | H1270T |

### REPRESENTATIVE PART: H0026

| | | |
|---|---|---|
| H0026 | H0026NLT | H5041 |
| H0026NL | H0026T | H5041T |

### REPRESENTATIVE PART: H0019

| | | |
|---|---|---|
| 1000B-5001 | 1000B-5001XNL | 1000B-5002NL |
| 1000B-5001T | 1000B-5001XNLT | 1000B-5002NLT |
| 1000B-5001X | 1000B-5001XT | 1000B-5002XNL |

# APPENDIX A TO THE COURT'S PERMANENT INJUNCTION
# LIST OF PULSE INFRINGING PRODUCTS (CONTINUED)

| | | |
|---|---|---|
| 1000B-5002XNLT | 100B-2002XNLT | H0028T |
| 1000B-5003 | 100B-2002XT | H0031 |
| 1000B-5003T | E0001 | H0031T |
| 1000B-5003NL | E0001T | H0032 |
| 1000B-5003NLT | E0005 | H0032T |
| 1000B-5003X | E0005T | H0059 |
| 1000B-5003XNL | H0007 | H0059T |
| 1000B-5003XNLT | H0007T | H5019D |
| 1000B-5003XT | H0013 | H5019DNL |
| 1000B-5009 | H0013NL | H5019DNLT |
| 1000B-5009T | H0013NLS | H5019DT |
| 1000B-5009X | H0013NLST | R0007 |
| 1000B-5009XT | H0013NLT | R0007T |
| 100B-1007 | H0013T | R7003 |
| 100B-1007T | H0019 | R7003T |
| 100B-1011 | H0019NL | R7004 |
| 100B-1011T | H0019NLT | R7004T |
| 100B-1011X | H0019T | T1101 |
| 100B-1011XT | H0025 | T1101T |
| 100B-2002 | H0025NL | T1143 |
| 100B-2002T | H0025NLT | T1143T |
| 100B-2002X | H0025T | X-1590 |
| 100B-2002XNL | H0028 | X-1590T |

*Halo Electronics, Inc. v. Pulse Electronics, Inc., et al.,* Case No: 2:07-cv-00331-PMP (PAL) (D. Nevada)