David E. Sipiora, *Pro Hac Vice*
Kristopher L. Reed, *Pro Hac Vice*
Matthew C. Holohan, *Pro Hac Vice*
John D. Cadkin, *Pro Hac Vice*
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000

Attorneys for Defendants Pulse Electronics,
Inc. and Pulse Electronics Corp.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PULSE ELECTRONICS, INC., and <br> PULSE ELECTRONICS CORP., <br><br> Defendants. | 2:07-CV-00331- APG-PAL <br><br> **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** <br><br> **ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

David E. Sipiora, Kristopher L. Reed, Matthew C. Holohan, Brian R. Harrow, Jordan B. Olsen and John D. Cadkin, all current or former attorneys with the law firm of Kilpatrick Townsend & Stockton LLP, hereby respectfully move the Court for leave to withdraw as counsel for Defendants Pulse Electronics, Inc. and Pulse Electronics Corp (collectively, "Pulse") in this matter.

Mark Hogge and the other attorneys-of-record from the law firm of Dentons US LLP will continue to represent Pulse going forward in this matter.

Dated: June 15, 2015

**IT IS SO ORDERED.**

Dated: June 19, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Kristopher L. Reed*
David E. Sipiora, *Pro Hac Vice*
Kristopher L. Reed, *Pro Hac Vice*

1

Matthew C. Holohan, *Pro Hac Vice*
John D. Cadkin, *Pro Hac Vice*
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Attorneys for Defendants Pulse Electronics, Inc. and Pulse Electronics Corp.

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** _____