UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PULSE ELECTRONICS, INC. and PULSE ELECTRONICS, CORP., <br><br> Defendants. | Case No. 2:07-cv-00331-APG-PAL <br><br> **ORDER** <br><br> (Dkt. #581) |

Defendants Pulse Electronics, Inc. and Pulse Electronics Corp. have filed a renewed motion for leave to file under seal. (Dkt. #581.) The renewed motion sets forth good cause to seal. Therefore, it is hereby ORDERED as follows:

The original motion for accounting and to compel production filed by plaintiff Halo Electronics, Inc. (Dkt. #575) will remain sealed.

The redacted version of the motion for accounting and to compel production (Dkt. #582) shall be unsealed and maintained in the court's docket as the publicly-available version.

DATED this 6th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE