**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>PULSE ELECTRONICS, INC. and PULSE ELECTRONICS, CORP., <br><br>Defendants. | Case No. 2:07-cv-00331-APG-PAL <br><br>**ORDER ON MOTION FOR ACCOUNTING** <br><br>(Dkt. #575, #582) |

Plaintiff Halo Electronics, Inc. filed a motion for an accounting of supplemental damages and interest. (Dkt. #575, #582.) After reviewing the papers and considering the arguments of counsel at the hearing on the motion, I find good cause to grant the motion.

Within 30 days of entry of this Order, the defendants shall produce to Halo their worldwide financial data that Halo can use to assess supplemental inducement damages for the period June 2012 through October 2013.

I award Halo $388,043 in supplemental damages for Pulse's direct infringement from June 2012 through October 2013. There is no reason to delay payment of that amount while awaiting a decision from the Supreme Court of the United States on the issue it agreed to hear.

I award Halo pre-judgment interest at the rate set forth in Nev. Rev. Stat. § 17.130, compounded annually, through May 28, 2013. I also award Halo post-judgment interest from May 28, 2013 to present at the rate set forth in 28 U.SC. § 1961. Halo calculated the total pre- and post-judgment interest amount on the existing judgment and the supplemental damages for direct infringement to be $567,886.00 as of June 9, 2015. Halo shall prepare an updated calculation of that amount through the date of this Order and provide that calculation to the defendants by April 20, 2016. If the parties agree on that calculation, they shall submit a stipulation to that effect. If they disagree on the calculation, each side shall file a brief (not to

exceed four pages) explaining their respective positions.  The stipulation or briefs are due by April 27, 2016.

DATED this 6th day of April, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE