UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HALO ELECTRONICS, INC._<br><br>Plaintiff,<br>v.<br><br>PULSE ELECTRONICS, INC., et al.,<br><br>Defendants. | Case No. 2:07-cv-00331-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 600) |

This matter is before the court on the Substitution of Counsel (ECF No. 600) filed August 22, 2016.  W. West Allen seeks leave to be substituted in the place and stead of Kelly A. Evans and Paul Swenson Prior of Snell & Wilmer, LLP for Defendants Pulse Electronics, Inc. and Pulse Electronics Corp.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 600) is **APPROVED**.
2. W. West Allen is substituted in the place of Kelly A. Evans and Paul Swenson Prior of Snell & Wilmer, LLP subject to the provisions of LR IA 10-6(c) and (d).

DATED this 20th day of September, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1