W. WEST ALLEN, ESQ.
Nevada Bar. No. 5566
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
wwa@h2law.com

MARK L. HOGGE, *Pro Hac Vice*
SHAILENDRA K. MAHESHAWRI, *Pro Hac Vice*
CHARLES R. BRUTON, *Pro Hac Vice*
RAJESH C. NORONHA, *Pro Hac Vice*
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
mark.hogge@dentons.com
shailendra.maheshwari@dentons.com
charles.bruton@dentons.com
rajesh.noronha@dentons.com

*Counsel for Defendants Pulse Electronics, Inc. and*
*Pulse Electronics Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Halo Electronics, Inc., | Case No. 2:07-CV-00331-APG-PAL |
| Plaintiff, | **STIPULATION REGARDING SATISFACTION OF JUDGMENT AND ORDER** |
| vs. | |
| Pulse Electronics, Inc. and Pulse Electronics Corp. | |
| Defendants. | |

Judgment was rendered in favor of the above-named Plaintiff, Halo Electronics, Inc., and against the above-named Defendants, Pulse Electronics, Inc. and Pulse Electronics Corp. in the above-entitled action, on May 28, 2013, (ECF No. 523) in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00). Costs were taxed on September 12, 2013 (ECF No. 563) in the sum of Fifty-One Thousand Eighty-Seven Dollars and Twenty-Four Cents ($51,087.24). The parties in this action have agreed and resolved Plaintiff's post-trial inducement claims by Defendants paying the additional amount of Forty-Seven Thousand Five Hundred Dollars ($47,500.00). The parties

HOWARD & HOWARD ATTORNEYS PLLC

1  also resolved the issue of post-judgment interest from the date of entry of judgment through and

2  including November 16, 2016, by Defendants paying the sum of Six Thousand One Hundred Thirty-

3  One Dollars and Seventy-Six Cents ($6,131.76). (ECF No. 610).

4     Full and complete payment has been made by Defendants, Pulse Electronics, Inc. and Pulse

5  Electronics Corp, for the amounts set forth above. Plaintiff Halo Electronics hereby acknowledges

6  the full and complete payment of said judgment, costs, claims and interest. The payments by

7  Defendants referenced herein do not satisfy the pre-judgment interest awarded by the Court, which

8  issue is currently before the United States Court of Appeals for the Federal Circuit. The payments

9  also do not resolve Halo's motion for enhanced damages and attorney fees, which is currently being

10 briefed before this Court.

11    The parties hereby authorize and request the Court or the Clerk of Court, pursuant to LR 77-

12 1(a)(3), to enter an order of Satisfaction of Judgment and noting the satisfaction of the May 28, 2013,

13 judgment of One Million Five Hundred Thousand Dollars ($1,500,000.00), costs in the sum of Fifty-

14 One Thousand Eighty-Seven Dollars and Twenty-Four Cents ($51,087.24), Plaintiff's post-trial

15 inducement claim in the amount of Forty-Seven Thousand Five Hundred Dollars ($47,500.00), and

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

HOWARD & HOWARD ATTORNEYS PLLC

2

*(vertical left margin)* HOWARD & HOWARD ATTORNEYS PLLC

1  post-judgment interest from the date of entry of judgment through and including November 16, 2016,

2  in the sum of Six Thousand One Hundred Thirty-One Dollars and Seventy-Six Cents ($6,131.76).

3       SO STIPULATED AND AGREED on this 18th day of November, 2016.

5  HOWARD & HOWARD ATTORNEYS PLLC    FISH & RICHARDSON P.C.

6  By:   /s/ W. West Allen          By:   /s/ William Woodford
W. WEST ALLEN                MICHAEL J. KANE
Nevada Bar No. 5566          WILLIAM R. WOODFORD
3800 Howard Hughes Parkway, Suite 1000  3200 Dain Rauscher Plaza
Las Vegas, Nevada 89169       60 South Sixth Street
Telephone: (702) 257-1483     Minneapolis, MN 55402
Facsimile: (702) 567-1568      Telephone: (612) 335-5070
wwa@h2law.com            Facsimile: (612) 288-9696
                     kane@fr.com
MARK L. HOGGE          woodford@fr.com
SHAILENDRA K. MAHESHAWRI,
CHARLES R. BRUTON         FISH & RICHARDSON P.C.
RAJESH C. NORONHA       THOMAS M. MELSHEIMER
DENTONS US LLP          1717 Main Street, Suite 5000
1900 K Street, NW         Dallas, TX 75201
Washington, DC 20006      Telephone: (214) 747-5070
Telephone: (202) 496-7500    Facsimile: (214) 747-2091
Facsimile: (202) 496-7756     melsheimer@fr.com
mark.hogge@dentons.com
shailendra.maheshwari@dentons.com
Charles.bruton@dentons.com    FISH & RICHARDSON P.C.
Rajesh.noronha@dentons.com    CRAIG E. COUNTRYMAN
                     12390 El Camino Real
*Counsel for Defendants Pulse Electronics, Inc.* San Diego, CA 92130
*and Pulse Electronics Corp.*      Telephone: (858) 678-5070
                     Facsimile: (858) 678-5099
                     countryman@fr.com

                     *Attorneys for Plaintiff*
                     *Halo Electronics, Inc.*

                **IT IS SO ORDERED:**

                UNITED STATES DISTRICT JUDGE

              Dated:   November 21, 2016

3