Thomas M. Melsheimer (melsheimer@fr.com) (*admitted pro hac vice*) (TX #13922550)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Dallas, TX 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Craig E. Countryman (countryman@fr.com) (*admitted pro hac vice*) (CA #244601)
Juanita Brooks (brooks@fr.com) (*admitted pro hac vice*) (CA #75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Michael J. Kane (kane@fr.com) (*admitted pro hac vice*) (MN #247625)
William R. Woodford (woodford@fr.com) (*admitted pro hac vice*) (MN#322595)
John C. Adkisson (*admitted pro hac vice*) (MN #266358)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | 2:07-cv-00331-APG (PAL) |
| Plaintiff, | |
| vs. | **UNOPPOSED REQUEST FOR EXTENTION OF TIME TO FILE** |
| PULSE ENGINEERING, INC., and PULSE ELECTRONICS, CORP., | |
| Defendants. | |

Plaintiff Halo Electronics, Inc. respectively requests an extension of time to file its reply brief in support of its Motion for Enhanced Damages and Attorney Fees.  (D.I. 608.)  After the Status Conference on September 27, 2016, the Court issued minutes that set a December 16, 2016, deadline for Halo's brief.  Halo seeks a two-week extension to December 30, 2016.  Halo requests this extension because Pulse's opposition seeks to rely on evidence that is not in the record, namely two opinions of counsel that had been maintained as privileged by Pulse throughout discovery and trial.  Halo agreed to the briefing schedule during the status conference based on Pulse's representations that the briefing would be focused on the record developed at trial.

Pulse does not oppose Halo's request for an extension of time.  This is the first request for an extension of time for Halo's reply brief on its Motion for Enhanced Damages and Attorney Fees.

Dated:  December 6, 2016

FISH & RICHARDSON P.C.

By: /s/ William R. Woodford.
    William R. Woodford (*pro hac vice*)
    (woodford@fr.com)

    Attorneys for Plaintiff
    HALO ELECTRONICS, INC.

IT IS SO ORDERED:

Dated:  __December 7__, 2016

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 6, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5005 (b)(2).


<u>/s/ William R. Woodford</u>
William R. Woodford
woodford@fr.com

Attorneys for Plaintiff
HALO ELECTRONICS, INC.