**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order Granting Motions to Withdraw** |
| v. | [ECF Nos. 638-41] |
| BEL FUSE INC., et al., | |
| Defendants | |

I ORDER that the motions to withdraw as attorney **(ECF Nos. 638, 639, 640, 641) are GRANTED**.

DATED this 3rd day of August, 2020.

 

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE