**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order Granting Motions to Withdraw** |
| v. | [ECF Nos. 643-46] |
| BEL FUSE INC., et al., | |
| Defendants | |

I ORDER that the motions to withdraw as attorney **(ECF Nos. 643, 644, 645, 646) are GRANTED**.

DATED this 11th day of August, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE