Michael J. Kane (kane@fr.com) (admitted *pro hac vice*) (MN #247625)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorney for Plaintiff
HALO ELECTRONICS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | 2:07-cv-00331-APG (PAL) |
| Plaintiff, | **HALO'S MOTION FOR LEAVE TO WITHDRAW WILLIAM R. WOODFORD AS COUNSEL** |
| v. | |
| PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORP., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Halo Electronics, Inc. ("Halo") respectfully moves the Court for leave to withdraw William R. Woodford of Fish & Richardson as counsel for Halo. Michael Kane of Fish & Richardson P.C. will continue to represent Halo in this matter.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Dated: March 30, 2021 | FISH & RICHARDSON P.C. |
| 4 | | |
| 5 | | By: /s/ *Michael J. Kane* |
|   | | Michael J. Kane |
| 6 | | FISH & RICHARDSON P.C. |
|   | | 3200 RBC Plaza |
| 7 | | 60 South Sixth Street |
|   | | Minneapolis, MN 55402 |
| 8 | | Telephone: (612) 335-5070 |
|   | | Facsimile: (612) 288-9696 |
| 9 | | kane@fr.com |

Attorney for Plaintiff
HALO ELECTRONICS, INC.

IT IS SO ORDERED:

Dated: May 12, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Case Number: 2:07-cv-00331-APG