# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| BEL FUSE INC., et al., | |
| Defendants | |

This case was recently remanded from the United States Court of Appeals for the Federal Circuit. ECF Nos. 654-56, 658. I direct the parties to confer on how the case should proceed and to file a stipulation if they can agree. If they cannot agree, then the parties shall file a status report setting out their respective positions.

I THEREFORE ORDER that by July 22, 2022, the parties shall file either a stipulation or a status report setting forth their respective positions on how to proceed in this case.

DATED this 23rd day of June, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE