# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| BEL FUSE INC., et al., | |
| Defendants | |

This case was recently remanded from the United States Court of Appeals for the Federal Circuit. ECF Nos. 654-56, 658.  I directed the parties to confer on how the case should proceed and to file either a stipulation if they can agree or a status report setting out their respective positions if they could not agree.  ECF No. 659.  The parties have filed a status report. ECF No. 660.

I am inclined to dismiss the remainder of this case under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  But before doing so, I will give the plaintiff an opportunity to address the relevant factors. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

I THEREFORE ORDER that by August 12, 2022, the plaintiff shall show cause why I should not dismiss for failure to prosecute its requests for pre-judgment interest and for a trial on damages for sales transactions excluded in prior rulings.  The defendants may file a response by August 26, 2022.  The plaintiff may file a reply by September 2, 2022.

DATED this 27th day of July, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE