# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order (1) Granting Prejudgment Interest and (2) Directing Entry of Final Judgment** |
| v. | |
| PULSE ELECTRONICS CORPORATION, | |
| Defendants | |

I previously ordered that Halo Electronics, Inc. is entitled to prejudgment interest "at the rate set forth in Nev. Rev. Stat. § 17.130, compounded annually, from the time of service of the summons and complaint through September 6, 2017." ECF No. 665 at 7. I directed the parties to submit briefs calculating that amount. Based on Halo's calculation (ECF No. 666 at 3), I will award Halo $1,294,006.62 in prejudgment interest.[1]

I THEREFORE ORDER the clerk of the court to enter judgment in favor of Halo Electronics, Inc. and against Pulse Electronics Corporation in the total amount of $3,182,049.62.[2] This amount must be reduced by any payments against the judgment already received by Halo. *See* ECF No. 666 at 1 n.2.

DATED this 27th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] That amount is calculated at 6.25%, which is the prime rate as of July 1, 2017 plus 2%. *See* Nev. Rev. Stat. § 17.130(2).

[2] This amount is calculated as $1,500,000 (jury verdict per ECF No. 482) plus $388,043 (supplemental damages per ECF No. 591) plus $1,294,006.62 (prejudgment interest).