W. WEST ALLEN
Nevada Bar. No. 5566
JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
JONATHAN R. MARTIN
Nevada Bar No. 15959
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
wwa@h2law.com
jwf@h2law.com
jrm@h2law.com

*Counsel for Defendants Pulse Electronics, Inc. and Pulse Electronics Corp.*

Michael Kane
(admitted pro hac vice) (MN #247625)
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
kane@fr.com

*Counsel for Plaintiff Halo Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO ELECTRONICS, INC., <br>            Plaintiff, <br> vs. <br> PULSE ELECTRONICS, INC. and <br> PULSE ELECTRONICS CORP., <br>            Defendants. | Case No. 2:07-cv-00331-APG-PAL <br><br> **STIPULATION AND ORDER TO STAY EXECUTION OF JUDGMENT** |

Plaintiff, HALO ELECTRONICS, INC. ("Halo") and Defendants, PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORP. (collectively "Pulse"), by and

through their attorneys of record, hereby agree and stipulate to stay execution on the amended Judgment entered by the above-entitled Court on March 27, 2023, as set forth herein.

Presently pending before the Court is Defendants' Motion Pursuant to Fed. R. Civ. P. 62 to Approve Supersedeas Bond and Stay Execution of Order Granting Prejudgment Interest and Entry of Amended Judgment ("Motion") filed on April 14, 2023. (ECF No. 671). Since the filing, Halo and Pulse have stipulated that Pulse will post a supersedeas appeal bond of $1,294,006.62, and that the posting of the bond stays enforcement and execution of the Judgment in this matter and corresponding orders (ECF Nos. 668 and 669) under Fed. R. Civ. P. 62(b) pending final disposition of the appeal filed by Pulse on March 27,2023.

THEREFORE, UPON THE STIPULATION OF THE PARTIES, and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that Pulse may post a supersedeas bond in the amount of $1,294,006.62 to stay enforcement and execution of this Court's final judgment and order (ECF Nos. 668 and 669).

IT IS FURTHER ORDERED that upon Pulse's posting of an appeal bond in the amount of $1,294,006.62, enforcement of this Court's final judgment and order (ECF Nos. 668 and 669) and Halo's ability to execute under the final judgment be and is hereby stayed pursuant to Fed. R. Civ. P. 62(d) pending final disposition of the appeal filed by Pulse on March 27, 2023. The final disposition of the supersedeas bond shall be governed by the terms contained in the bond.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that Defendants' Motion (ECF No. 671) is RESOLVED pursuant to the terms set forth above in this Order.

**IT IS SO ORDERED:**

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: May 1, 2023

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: April 28, 2023                    DATED: April 28, 2023

**FISH & RICHARDSON P.C.**              **HOWARD & HOWARD ATTORNEYS PLLC**

By: */s/ Michael Kane*                   By: */s/ W. West Allen*
    Michael Kane                             W. West Allen
    (admitted pro hac vice)                  Nevada Bar. No. 5566
    (MN #247625)                             3800 Howard Hughes Parkway, Suite 1000
    60 South Sixth Street, Suite 3200        Las Vegas, Nevada, 89169
    Minneapolis, MN 55402

                                         *Counsel for Defendants*
*Counsel for Plaintiff*                  PULSE ELECTRONICS, INC.
HALO ELECTRONICS, INC.                   PULSE ELECTRONICS CORP.

4896-1940-3360, v. 1