# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| PULSE ELECTRONICS CORPORATION, et al., | |
| Defendants | |

The United States Court of Appeals for the Federal Circuit remanded this case "for the limited purposes of revising the award of interest to Halo and determining whether the supplemental damages award for direct infringement has been paid." ECF No. 676 at 25.

I THEREFORE ORDER the parties to confer to determine if they can reach an agreement on either or both of these two issues. The parties will file a joint status report by May 9, 2025 detailing (a) whether they have reached an agreement and how long they need to complete stipulations and settlement documents; or (b) whether the remaining issues (I) can be resolved by written briefs and a proposed briefing schedule, or (II) require an evidentiary hearing for resolution, the parameters of such a hearing, how long the parties need to prepare for that hearing, the length of that hearing, and dates when all parties and witnesses are available.

DATED this 7th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE