**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No. 2:07-CV-00331-APG (PAL) |
| Plaintiff, | **ORDER ON REMANDED INTEREST BRIEFING** |
| v. | |
| PULSE ENGINEERING, INC., and TECHNITROL, INC., | |
| Defendants. | |

The parties to this action should report to the court on the fact of settlement and timing for filing final documents as soon as agreement is reached. If no agreement is reached, the parties shall, before 5 p.m. ET on May 30, file simultaneous opening briefs stating their positions and support for their positions on the remanded interest issue—limited to 10 pages. The parties shall, by 5 p.m. PT on June 6, file simultaneous responsive briefs that address any disagreement with positions in the opposing party's corresponding opening brief—limited to 5 pages.

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: _____May 12_____, 2025

1