# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.: 2:07-cv-00331-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| PULSE ELECTRONICS CORPORATION, et al., | |
| Defendants | |

The United States Court of Appeals for the Federal Circuit remanded this case "for the limited purposes of revising the award of interest to Halo and determining whether the supplemental damages award for direct infringement has been paid." ECF No. 676 at 25.  The parties agree that the supplemental damages award has been paid. ECF No. 682 at 1 n.1.  That is all they agree on.  Pulse argues that on remand I can decide the interest rate "on a fresh slate" and I should base it on the Treasury-Bill rate. ECF No. 682 at 1-2.  Halo argues I am bound by the law-of-the case doctrine and the mandate rule to award prejudgment interest on the same basis I used before: the rate provided by Nevada Revised Statutes (NRS) § 17.130. ECF No. 683 at 5.

Whether or not I can use a different basis (T-Bill instead of NRS § 17.130) to calculate prejudgment interest on remand, I choose not to.  I see no reason to diverge from my earlier decision to calculate prejudgment interest based on § 17.130, compounded annually, from the time of service of the summons and complaint. ECF No. 665 at 6.  That calculation runs through May 28, 2013, as directed by the Federal Circuit. ECF No. 676 at 23-24.  Post-judgment interest after that date, at the lower rate, is also appropriate. *Id.* at 24 n.8.  Halo calculates the total

amount of pre- and post-judgment interest to be $576,642.01 as of May 1, 2025. ECF No. 683 at 6-8.  Pulse does not refute that calculation, focusing only on which rate to use, so I adopt Halo's calculation.

Halo also requests an award of fees and costs incurred on remand, due to Pulse's disagreement with Halo's calculation. ECF No. 683 at 12.  I deny that request.

I THEREFORE ORDER that Halo Electronics, Inc. is entitled to pre- and post-judgment interest in the total amount of $576,642.01 as of May 1, 2025.

I FURTHER ORDER the clerk of the court to enter an amended judgment in favor of Halo Electronics, Inc. and against Pulse Electronics Corporation in the total amount of $2,464,685.01 as of May 1, 2025.[1]  Post-judgment interest accrues on that amount from May 1, 2025 until paid in full.  This amount must be reduced by any payments against the judgment already received by Halo.

DATED this 9th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This amount is calculated as $1,500,000 (jury verdict per ECF No. 482) plus $388,043 (supplemental damages per ECF No. 591) plus $576,642.01 interest as of May 1, 2025.