| | |
|---|---|
| Michael J. Kane<br>Admitted *pro hac vice*<br>John C. Adkisson<br>Admitted *pro hac vice*<br>**FISH & RICHARDSON P.C.**<br>3200 RBC Plaza, 60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile:  (612) 288-9696<br>Email: kane@fr.com; adkisson@fr.com<br><br>Lori N. Brown<br>Nevada Bar No. 8858<br>Jennifer M. Bunyan<br>Nevada Bar No. 9774<br>**HARMON & DAVIES, P.C.**<br>1428 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Telephone: (702) 733-0036<br>Facsimile: (702) 733-1774<br>Email: lbrown@h-dlaw.com; jbunyan@h-dlaw.com<br><br>Attorney for Plaintiff<br>HALO ELECTRONICS | W. West Allen<br>Nevada Bar. No. 5566<br>**HOWARD & HOWARD ATTORNEYS PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>Facsimile:  (702) 567-1568<br>Email: wwa@h2law.com<br><br>Attorneys for Defendants<br>PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORP. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>PULSE ENGINEERING, INC., and TECHNITROL, INC.,<br><br>           Defendants. | Case No. 2:07-CV-00331-APG (PAL)<br><br>**STIPULATION REGARDING SATISFACTION OF JUDGMENT AND ORDER** |

Plaintiff Halo Electronics, Inc., and Defendants Pulse Electronics, Inc., and Pulse Electronics Corp., hereby agree and stipulate as follows:

1. The Court entered an Amended Judgment on December 9, 2025 (ECF No. 686).  The Amended Judgment was for $2,464,685.01, less any payments against the judgment already received by Halo, with post-judgment interest accruing from May 1, 2025, until paid in full.

2. Full and complete payment has been made by Defendants for the amounts set forth above. Halo hereby acknowledges the full and complete payment of said Amended Judgment, costs, claims, and interest.

3. The parties hereby authorize and request the Court or the Clerk of Court, pursuant to LR 77-1(a)(3), to enter an order of Satisfaction of Judgment of the Amended Judgement entered by the Court in ECF No. 686.

4. The parties hereby acknowledge that Defendants' payment of the Amended Judgment fully and finally ends this dispute and case and that no appeals have or will be filed by either party.

5. Halo further acknowledges that Defendants' payment of the Amended Judgement negates and ends the need for and the obligations under the supersedeas bond posted by Defendants on May 1, 2023, *see* ECF Nos. 674, 675 and 675-1, and that such supersedeas bond can and hereby shall be terminated by the terms of this Order.

6. The parties hereby authorize and request the Court or the Clerk of Court to close this case.

**The Court hereby ORDERS**:

1. The parties' stipulation above is accepted and shall have the full force and effect of an Order of this Court.

2. The Clerk of Court shall enter a Satisfaction of Judgment for the Amended Judgment entered by the Court in ECF No. 686.

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: _____January 13___, 2026

2

4902-8928-7047, v. 1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

| | |
|---|---|
| Dated: January 12, 2026 | Dated: January 12, 2026 |
| By: */s/ Michael J. Kane* <br> Michael J. Kane <br> (*admitted pro hac vice*) <br> **FISH & RICHARDSON P.C.** <br> 3200 RBC Plaza, 60 South Sixth Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 335-5070 <br> Facsimile:  (612) 288-9696 <br> Email: kane@fr.com <br><br> Attorneys for Plaintiff <br> HALO ELECTRONICS, INC. | By: */s/ W. West Allen* <br> W. West Allen <br> Nevada Bar. No. 5566 <br> **HOWARD & HOWARD ATTORNEYS PLLC** <br> 3800 Howard Hughes Parkway, Suite 1000 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 257-1483 <br> Facsimile:  (702) 567-1568 <br> Email: wwa@h2law.com <br><br> Attorneys for Defendants <br> PULSE ELECTRONICS, INC. and PULSE ELECTRONICS CORP. |

4902-8928-7047, v. 1